IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-839-GCM

| | |
|---|---|
| DON HENDERSON, and wife, ) | |
| ROSINA HENDERSON, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| NATIONWIDE MUTUAL FIRE ) | |
| INSURANCE COMPANY, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Patricia McHugh Lambert,** filed December 21, 2016 [doc. # 17].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Lambert is admitted to appear before this court *pro hac vice* on behalf of Defendant, Nationwide Mutual Fire Insurance Company.

**IT IS SO ORDERED.**

Signed: January 3, 2017

Graham C. Mullen
United States District Judge